IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL HARRINGTON, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 4:20-cv-02633 |
| THE ART INSTITUTES INTERNATIONAL LLC, | § § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Michael Harrington ("Plaintiff") and Defendant The Art Institutes International, LLC ("Defendant"), by and through their attorneys-of-record, who pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), file this Stipulation moving to dismiss without prejudice the above-captioned matter, with each party to bear their own attorneys' fees and costs.

This stipulation of dismissal does not serve as an adjudication on the merits; rather, it is being entered because the same claim is pending in another case.

WHEREFORE, Plaintiff and Defendant pray that the above-captioned action be dismissed without prejudice, with each party bearing her or its own attorneys' fees and costs.

Respectfully submitted,

Date: November 12, 2020        By:    s/ Ahad Khan
                                      Ahad Khan
                                      Ahad Khan Law PLLC
                                      State Bar No. 24092624
                                      S.D. Texas No. 2981398
                                      712 Main Street, Suite 900
                                      Houston, TX 77002
                                      (713) 401-3558 – Telephone
                                      (844) 381-6369 – Facsimile
                                      ak@ahadkhanlaw.com – E-mail

                                      ATTORNEY FOR PLAINTIFF

Date: November 12, 2020        By:    s/ Arthur V. Lambert
                                      Arthur V. Lambert
                                      Texas State Bar No. 11841250
                                      Federal Bar No. 18785
                                      ATTORNEY-IN-CHARGE
                                      Theanna Bezney
                                      Texas Bar No. 24089243
                                      500 N. Akard Street, Suite 3550
                                      Dallas, TX  75201
                                      (214) 220-9100 – Telephone
                                      (214) 220-9122 – Facsimile
                                      alambert@fisherphillips.com
                                      tbezney@fisherphillips.com

                                      ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served upon the counsel of record listed below by the Southern District of Texas CM/ECF method on the 12th day of November 2020.

    Arthur V. Lambert
    Theanna Bezney
    500 N. Akard Street, Suite 3550
    Dallas, TX  75201

                                                  /s/ Ahad Khan
                                                  Ahad Khan