United States District Court
Southern District of Texas
**ENTERED**
November 13, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL HARRINGTON, | § | |
| Plaintiff, | § § § | |
| V. | § | CIVIL ACTION NO. 4:20-cv-02633 |
| THE ART INSTITUTES INTERNATIONAL LLC, | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

ON THIS DAY, the Joint Stipulation of Dismissal without Prejudice came for consideration by the Court.

IT IS ORDERED that the above-captioned matter is dismissed without prejudice, that this dismissal does not serve as an adjudication on the merits, and that all attorneys' fees and costs of Court are to be borne by the parties incurring the same.

SIGNED November 12, 2020.

_____
UNITED STATES DISTRICT JUDGE